*UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT*

APPEAL NO.: 2015-1911

NATURAL ALTERNATIVES, LLC

Appellants

v.

UNITED STATES PATENT AND TRADEMARK OFFICE

Appellees

Reexamination Control Nos.: 90/010,381;
90/011,454 and 90/011,713
Filed: January 9, 2009; January 21, 2011; and
May 26, 2011
Patent No: 6,080,330
Title: Anti-Freezing and Deicing Composition and Method

*APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ITS OPENING BRIEF*

Steven E. Tiller
stiller@wtplaw.com
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland 21202-1626
(410) 347-9425
(410) 223-4325

*Attorneys for Appellant,
Natural Alternatives, LLC*

## *APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF*

Appellant, Natural Alternatives, LLC ("Natural Alternatives"), respectfully moves for a thirty (30) day extension of time to file its Initial Brief. This Motion is made on the grounds that (a) this is the first request for extension of time; (b) good cause exists for the requested extension; (c) neither party would be prejudiced by the requested extension; and (d) Appellee does not object to the requested extension. In support thereof, Appellant states:

1. Appellant's lead counsel, Steven Tiller, of Whiteford, Taylor & Preston, L.L.P. ("WTP"), is counsel in several patent infringement matters pending in the United States District Court for the Eastern District of Texas, including: (i) *Via Vadis, LLC v. Belkin International, Inc.*, Case No.: 1:14-cv-807-LY; (ii) *Via Vadis, LLC v. Buffalo Americas, Inc.*, Case No.: 1:14-cv-808-LY; (iii) *Via Vadis, LLC v. Blizzard Entertainment, Inc.*, Case No.: 1:14-cv-810-LY; (iv) *Via Vadis, LLC v. D-Link Systems, Inc.*, Case No.: 1:14-cv-812-LY; (v) *Via Vadis, LLC v. Amazon.Com, Inc.*, Case No.: 1:14-cv-813-LY; (vi) *GRQ Investment Management, LLC v. T. Rowe Price Group, Inc., et al.*, Case No.: 2:15-cv-00269 JRG; and (vii) *Phoenix Licensing, LLC, et seq. v. T. Rowe Price Group, Inc.*, Case No.: 2:15-CV-01378. Each of these cases is in, or is on the verge of, active litigation and has required significant attention over the recent months. This is in addition to Mr. Tiller's responsibilities as counsel in certain non-patent matters, as well as Chair of WTP's Technology and Intellectual Property Practice Group.[1]

2. Two (2) senior level associates, each of whom traditionally supported the intellectual property litigation practice at WTP have resigned from the Firm this year to pursue other opportunities. One (1) resigned to work for the Maryland Attorney General's Office while the other became General Counsel for one of WTP's clients. While additional associates are

---

[1] The factual assertions set forth in this Motion are supported by the Declaration of Steven E. Tiller, attached hereto as *Exhibit A*.

1

now being trained and are providing this support, much of the responsibility for the day-to-day activities in the above-referenced matters has fallen on Mr. Tiller over the past few months.[2]

3. WTP was not counsel of record for Appellant in the proceedings before the United States Patent & Trademark Office ("USPTO") from which this appeal was taken. WTP was retained by the Appellant on or about August 20, 2015 to represent it in this appeal. Since that time, Mr. Tiller has been thoroughly reviewing the record from the USPTO while handling issues related to other active matters. Notwithstanding this effort, additional time is required for Mr. Tiller to fully review and comprehend the underlying file and analyze certain associated legal issues.

4. This is the first request for extension of time which Appellant has requested.

5. As set forth above, good cause exists for the extension so that Appellant may be competently and thoroughly represented in this matter.

6. No parties will be prejudiced by the requested extension. Indeed, Appellee's counsel, Mary Kelly, has indicated that Appellee does not object to the requested extension.

WHEREFORE, for the reasons set forth above, Appellant respectfully requests that this Motion be granted and that Appellant's Initial Brief be due on or before November 8, 2015.

---

[2] On Friday, October 2, 2015, two (2) partners unexpectedly announced their resignation from WTP. While these two (2) partners were not involved directly in the Firm's intellectual property litigation practice, Mr. Tiller will be heavily involved in the administrative issues related to their resignations. This will require a significant time commitment by Mr. Tiller during the week of October 5, 2015 which will only further take away from his ability to meet the current October 9, 2015 deadline for the filing of Appellant's Initial Brief.

Respectfully submitted,

/s/Steven E. Tiller
Steven E. Tiller
stiller@wtplaw.com
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland 21202-1626
(410) 347-9425
(410) 223-4325

*Attorneys for Appellant,*
*Natural Alternatives, LLC*

## *AFFIDAVIT OF STEVEN E. TILLER*

1. I, Steven E. Tiller, am over 18 years of age and am competent to testify as to the matters set forth herein.

2. I am a Partner with the law firm of Whiteford, Taylor & Preston, L.L.P. ("WTP") and am lead counsel for Appellant Natural Alternatives, LLC in Appeal No. 2015-1911 pending before the United States Court of Appeals for the Federal Circuit.

3. I am counsel in several patent infringement matters pending in the United States District Court for the Eastern District of Texas, including: (i) *Via Vadis, LLC v. Belkin International, Inc.*, Case No.: 1:14-cv-807-LY; (ii) *Via Vadis, LLC v. Buffalo Americas, Inc.*, Case No.: 1:14-cv-808-LY; (iii) *Via Vadis, LLC v. Blizzard Entertainment, Inc.*, Case No.: 1:14-cv-810-LY; (iv) *Via Vadis, LLC v. D-Link Systems, Inc.*, Case No.: 1:14-cv-812-LY; (v) *Via Vadis, LLC v. Amazon.Com, Inc.*, Case No.: 1:14-cv-813-LY; (vi) *GRQ Investment Management, LLC v. T. Rowe Price Group, Inc., et al.*, Case No.: 2:15-cv-00269 JRG; and (vii) *Phoenix Licensing, LLC, et seq. v. T. Rowe Price Group, Inc.*, Case No.: 2:15-CV-01378. Each of these cases is in, or is on the verge of, active litigation and claim construction and has required significant attention over the recent months. This is in addition to my responsibilities as counsel in various non-patent matters, as well as Chair of my Firm's Technology and Intellectual Property Practice Group.

2. Two (2) senior level associates, each of whom traditionally supported me and the Firm's intellectual property litigation practice, have resigned from the Firm this year to pursue other opportunities. One (1) resigned to work for the Maryland Attorney General's Office while the other became General Counsel for one of WTP's clients. While additional associates are

now providing this support, much of the responsibility for the day-to-day activities in the above-referenced, and other, matters has fallen on me.

3. On Friday, October 2, 2015, two (2) partners unexpectedly announced their resignation from WTP. While these two (2) partners were not involved directly in the Firm's intellectual property litigation practice, I will be heavily involved in the administrative issues related to their resignations. This will require a significant time commitment during the week of October 5, 2015 which will only further take away from my ability to meet the current October 9, 2015 deadline for the filing of Appellant's Initial Brief.

4. WTP was not counsel of record for Appellant in the proceedings before the United States Patent & Trademark Office ("USPTO") from which this appeal was taken. WTP was retained by the Appellant on or about August 20, 2015 to represent it in this appeal. Since that time, I have been thoroughly reviewing the record from the USPTO while handling issues related to other active matters. Notwithstanding this effort, I need additional time to fully review and comprehend the underlying file and analyze certain associated legal issues.

5. This is the first request for extension of time which Appellant has requested.

6. I believe that good cause exists for the extension so that I may competently and thoroughly represent the Appellant in this matter.

7. No parties will be prejudiced by the requested extension. Indeed, in a phone call with Appellee's counsel, Mary Kelly, on September 29, 2015, Ms. Kelly graciously indicated that Appellee does not object to the requested extension.

3

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

_____
Steven E. Tiller

FORM 9.  Certificate of Interest

Form 9

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In Re Natural Alternatives, LLC      v. _____

Case No.   2015-1911

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) **(appellant)** (respondent) (appellee) (amicus) (name of party) Natural Alternatives, LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Natural Alternatives, LLC

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None.

4. [x] The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Steven E. Tiller, Whiteford, Taylor & Preston, L.L.P.

| 10/05/15 | /s/Steven E. Tiller |
|---|---|
| Date | Signature of counsel |

Please Note: All questions must be answered

cc: Counsel of Record

Steven E. Tiller
Printed name of counsel

Reset Fields

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 5, 2015, I electronically filed Appellant's Unopposed Motion for Extension of Time to File Its Opening Brief with the Court's CM/ECF filing system and served a copy on all counsel of record through the CM/ECF filing system.

/s/ Steven E. Tiller
Steven E. Tiller